**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| BRUCE ALLEN BUNDY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 4:11-cv-00129-TWP-TAB |
| ) | |
| INTERNAL REVENUE SERVICE'S OF ) | |
| INDIANA, ) | |
| ) | |
| Defendant. ) | |

**Entry Directing Further Proceedings**

There is a marked unclarity in the complaint whether plaintiff Bundy is suing the Indiana Department of Revenue, which is an agency of the State of Indiana, or the United States Internal Revenue Service, which as agency of the federal government.

The plaintiff shall have **through December 2, 2011,** in which to specify which of the two agencies mentioned in the preceding paragraph is the intended defendant in this action. He shall also have **through that same date, December 2, 2011,** in which to supplement his complaint by submitting a copy of the most recent and of the first assessment for the fees or liability he refers to in the complaint and by clarifying whether he seeks to be free from liability associated with the underlying assessment, together with interest and penalties, or just from the interest and penalties.

In addition, the plaintiff shall specify how the defendant agency violated his federally protected rights pursuant to the Fourth Amendment, pursuant to the Fifth Amendment, and pursuant to the Fourteenth Amendment. This shall be done **not later than December 2, 2011.**

**IT IS SO ORDERED.**

Date: 11/04/2011

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Bruce Allen Bundy
DOC #982780
Branchville Correctional Facility
Inmate Mail/Parcels
21390 Old State Road 37
Branchville, IN 47514